FILED
CLERK, U.S. DISTRICT COURT

JUL - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VERNELL WHITE,                          )     Case No. SACV 09-1327-JFW  (OP)
                                        )
              Petitioner,               )     ORDER ADOPTING FINDINGS,
                                        )     CONCLUSIONS, AND
                                        )     RECOMMENDATIONS OF
       v.                               )     UNITED STATES MAGISTRATE
                                        )     JUDGE
SCOTT MIDDLEBROOKS,                     )
                                        )
              Respondent.               )
_____)

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
records and files herein, and the Report and Recommendation of the United States
Magistrate Judge, de novo.   The Court concurs with and adopts the findings,
conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and

3  (3) directing that Judgment be entered denying the Petition and dismissing this action

4  as moot.

5

6  DATED:  _____

7                          HONORABLE JOHN F. WALTER
                           United States District Judge
8

9

10  Prepared by:

11

12

13  HONORABLE OSWALD PARADA
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28