FILED
CLERK, U.S. DISTRICT COURT

JUL - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
O.    X

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VERNELL WHITE, | ) | Case No. SACV 09-1327-JFW  (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT MIDDLEBROOKS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed as moot.

DATED: ___7|4|10___

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge